FILED

02/09/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0326

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0326

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

TIMOTHY JOHNSON,

      Defendant and Appellant.

FILED

FEB 0 9 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

## ORDER

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until March 10, 2023, to prepare, file, and serve the Appellant's reply brief.

No further extensions will be granted.

DATED this 9th day of February, 2023.

For the Court,

By _____

Chief Justice